## Peter Bain, Appellant, v. Guy A. Richardson et al., Appellees.

Gen. No. 41,201.

opinion filed November 4, 1940. Sher & Karlin, for appellant; Leo S. Karlin, of counsel; Frank L. Kriete, C. C. Cunningham and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."